*E-Filed 6/30/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. 5:09 CV 1947 RS |
| Plaintiff, | |
| v. | **ORDER SETTING CONSENT/DECLINATION DEADLINE** |
| JUAN MANUEL MUNOZ, a/k/a JUAN M. MUNOZ, individually and d/b/a EL RINCON TAQUERIA and EL RINCON TAQUERIA #2, | |
| Defendant. | |

Defendant Juan Manuel Munoz has filed a motion to set aside entry of default, [9] in the above-captioned matter. The motion is noticed for hearing on August 5, 2009, at 9:30 a.m.

In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate jurisdiction no later than **July 22, 2009**.

IT IS SO ORDERED.

Dated:   6/30/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

CASE NO. 5:09 CV 1947 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE