Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., | **CASE NO. CV 09-1947 JF** |
| Plaintiff, | **STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT JUAN MANUEL MUNOZ a/k/a JUAN M. MUNOZ, individually and d/b/a EL RINCON TAQUERIA and EL RINCON TAQUERIA #2** |
| vs. | |
| Juan Manuel Munoz, et al., | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant JUAN MANUEL MUNOZ a/k/a JUAN M. MUNOZ, individually and d/b/a EL RINCON TAQUERIA and EL RINCON TAQUERIA #2, that the above-entitled action is hereby dismissed **with prejudice** against JUAN MANUEL MUNOZ a/k/a JUAN M. MUNOZ, individually and d/b/a EL RINCON TAQUERIA and EL RINCON TAQUERIA #2.

///

///

///

STIPULATION OF DISMISSAL
CV 09-1947 JF
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).
Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: February 1, 2010

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: February 16, 2010

LAW OFFICES OF PAUL A. NOBOA
By: Renee Y. Gardner
Attorneys for Defendant
JUAN MANUEL MUNOZ
a/k/a JUAN M. MUNOZ, individually and
d/b/a El Rincon Taqueria and El Rincon Taqueria #2

IT IS SO ORDERED:

The Honorable Jeremy Fogel
United States District Court
Northern District of California

Dated:   4/7/10

STIPULATION OF DISMISSAL
CV 09-1947 JF
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 1, 2010, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JUAN MANUEL MUNOZ A/K/A JUAN M. MUNOZ, individually and d/b/a EL RINCON TAQUERIA and EL RINCON TAQUERIA #2**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Renee Gardner, Esquire                   Attorneys for Defendant
LAW OFFICES OF PAUL A. NOBOA
1625 The Alameda, Suite 711
San Jose, CA 95126

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 1, 2010, at South Pasadena, California.

Dated: February 1, 2010

INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
CV 09-1947 JF
PAGE 3